Dismissed and Memorandum Opinion filed June 3, 2004









Dismissed and Memorandum Opinion filed June 3, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00492-CR

____________

 

JACKIE SUE
BOWENS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
208th District Court

Harris County,
Texas

Trial Court Cause No. 964,024

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to theft.  In accordance with the terms of a plea
bargain agreement with the State, on March 10, 2004, the trial court sentenced
appellant to confinement for seven months in a state jail facility.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 3, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.

Do Not Publish C Tex. R. App.
P. 47.2(b).